416 F.2d 1257
 Carl WHEELER, Appellant,
v.
UNITED STATES of America, Appellee.
 No. 22979.
 United States Court of Appeals Ninth Circuit.
 Oct. 22, 1969.
 
 Allen J. Kent (argued), of Carroll & Anderson, Indio, Cal., for appellant.
 Ralph A. Fine (argued), Edwin L. Weisl, Jr., Asst. Atty. Gen., Morton Hollander, Atty., Dept. of Justice, Washington, D.C., Edwin L. Miller, Jr., U.S. Atty., San Diego, Cal., for appellee.
 Before DUNIWAY and HUFSTEDLER, Circuit Judges, and BYRNE[1] District Judge.
 PER CURIAM:
 
 
 1
 The judgment appealed from is affirmed on the authority of Feres v. United States, 1950, 340 U.S. 135, 71 S.Ct. 153, 95 L.Ed. 152 and United States v. Lee, 9 Cir., 1968, 400 F.2d 558, cert. denied, 393 U.S. 1053, 89 S.Ct. 691, 21 L.Ed.2d 695.
 
 
 
 [1]
 Honorable William M. Byrne, United States District Judge, Central District of California, sitting by designation